UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 06-CR-232

RAMIRO HERNANDEZ,
DAVID M. GARCIA, and
MICHAEL D. BEDOR,

    Defendants.

---

**ORDER DISMISSING PROPERTY FROM
FORFEITURE NOTICE OF THE INDICTMENT**

---

Based on the government's motion to dismiss certain property specified in the forfeiture provision of the Indictment filed with this Court, the Court hereby GRANTS the motion and orders that the following items dismissed from the Indictment:

1. $13,080 in United States currency seized from Ramiro Hernandez's property at the residence of D.M.H. and A.M.H. in Shawano, Wisconsin, on or about September 5, 2006;

2. $1,006 in United States currency seized from Ramiro Hernandez on or about September 5, 2006;

3. $900 in United States currency seized from a Jeep Cherokee, registered to Ramiro Hernandez, on or about September 5, 2006;

4. $134 in United States currency seized from David M. Garcia on or about September 5, 2006; and

5. A sum of money in United States currency representing the amount of proceeds obtained, directly or indirectly, as a result of the distribution of controlled substances.

Dated at Green Bay, Wisconsin, this 25th day of January, 2007.

s/ William C. Griesbach  
HONORABLE WILLIAM C. GRIESBACH  
United States District Judge